# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00706-CV

**Aleana Sullivan, Appellant**

**v.**

**Cody Sullivan, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 15-3077-F395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 17, 2019. On June 14, 2019, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by June 24, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Prosecution

Filed: July 19, 2019